IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

JMM PROPERTIES, LLC,

                Plaintiff,

                                                  Civ. Action No.
                                                  5:08-CV-1382 (GTS/DEP)

    vs.

ERIE INSURANCE COMPANY,

                Defendant.

_____


APPEARANCES:                           OF COUNSEL:

FOR PLAINTIFF:

OFFICE OF DONALD R. GERACE        DONALD R. GERACE, ESQ.
2615 Genesee Street
Utica , NY 13501

WILKOFSKY, FRIEDMAN LAW FIRM    HARRY A. CUMMINS, ESQ.
299 Broadway
Suite 1700
New York , NY 10007

FOR DEFENDANTS:

RUPP, BAASE LAW FIRM                MARCO CERCONE, ESQ.
1600 Liberty Building
424 Main Street
Buffalo , NY 14202-3616
DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

## ORDER

Currently before the court in connection with this action are cross-motions. The motion process was initiated by defendant's filing of a motion to disqualify Donald R. Gerace, Esq. from representing the plaintiff. Dkt. No. 29. Plaintiff has since opposed that motion and cross-moved for an award of sanctions, including costs and attorneys' fees incurred in having to defend against the motion, which it characterizes as frivolous and interposed for purely tactical purposes. Dkt. No. 33.

Oral argument was conducted on July 29, 2009 in connection with the parties' cross-motions. At the close of argument I issued an oral decision denying both motions.

Based upon the foregoing and the court's bench decision, which is incorporated herein by reference, it is hereby

ORDERED that defendant's motion to disqualify counsel (Dkt. No. 29) and plaintiff's cross-motion for an award of costs and attorneys' fees (Dkt. No. 33) are both DENIED.

Dated:  July 23, 2009
        Syracuse, NY

David E. Peebles
U.S. Magistrate Judge